Leslie SEGO *v.* STATE of Arkansas

CR 92-764                                                  832 S.W.2d 855

Supreme Court of Arkansas
Opinion delivered July 20, 1992

*Joe K. Hardin*, for appellant.

No response.

PER CURIAM. The appellant, Leslie Sego, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Joe Kelly Hardin, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.